# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 10/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Louise A. LaMothe - A Professional Corporation: Salary | $170,000.00 |
| 2. 2016 | LaMothe Family Trusts: Trust commissions for services performed for the trusts | $22,500.00 |
| 3. 2016 | Louise A. LaMothe, A Professional Corporation: 401K Excess deferral | $4,311.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | California State Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LPL FINANCIAL 7168 (LAL) | | | | | | | | | |
| 2. -Allianzgi Short Duration High Income | B | Dividend | N | T | Buy | 05/16/16 | N | | |
| 3. -Angel Oak Multi Strategy Income | B | Dividend | O | T | Buy | 05/16/16 | O | | |
| 4. -Baron Asset | D | Dividend | | | Buy | 05/16/16 | M | | |
| 5. -Baron Asset | D | Dividend | | | Sold | 11/28/16 | M | D | |
| 6. -Blackrock Global Allocation | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 7. -Blackrock Multi Asset Income Instl CL | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 8. -Columbia Acron Intl | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 9. -Delaware Diversified CL | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 10. -Eaton Vance Floating Rate | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 11. -Eaton Vance National Mun Income | A | Dividend | M | T | Buy | 05/16/16 | M | | |
| 12. -Federated Strategic Value Dividend | A | Dividend | | | Buy | 05/16/16 | M | | |
| 13. -Federated Strategic Value Dividend | A | Dividend | | | Sold | 11/28/16 | M | A | |
| 14. -Franklin Emerging Market Debt | A | Dividend | | | Sold | 05/16/16 | L | A | |
| 15. -Harbor Cap Apprec | A | Dividend | | | Buy | 05/16/16 | M | | |
| 16. -Harbor Cap Apprec | A | Dividend | | | Sold | 06/22/16 | M | | |
| 17. -JP Morgan Mortgage Backed Securities | A | Dividend | N | T | Buy | 05/15/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Loomis Sayles Growth | C | Dividend | | | Buy | 05/16/16 | L | | |
| 19. -Loomis Sayles Growth | A | Dividend | | | Sold | 11/28/16 | L | C | |
| 20. -Maingate MLP | C | Dividend | | | Buy | 05/16/16 | L | | |
| 21. -Maingate MLP | B | Dividend | | | Sold | 11/18/16 | L | B | |
| 22. -Main Stay Epoch Global Equity | A | Dividend | | | Buy | 05/16/16 | L | | |
| 23. -Main Stay Epoch Global Equity | A | Dividend | | | Sold | 11/28/16 | L | | |
| 24. -Metropolitan West High Yield Bond | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 25. -Metropolitan West Total Return Bond | A | Dividend | | | Sold | 05/16/16 | M | A | |
| 26. -MFS Value | C | Dividend | | | Buy | 05/16/16 | M | | |
| 27. -MFS Value | B | Dividend | | | Sold | 11/28/16 | K | B | |
| 28. -Oppenheimer Developing Markets | A | Dividend | | | Sold | 05/16/16 | L | A | |
| 29. -Pimco Investment Grade Corp Bond | A | Dividend | M | R | Buy | 05/16/16 | M | | |
| 30. -Powershares QQQ ETF | A | Dividend | | | Sold | 05/16/16 | L | G | |
| 31. -Putnam Capital Spectrum CL | A | Dividend | | | Sold | 05/09/16 | M | A | |
| 32. -Royce Dividend Value Investment | B | Dividend | | | Buy | 05/16/16 | L | | |
| 33. -Royce Dividend Value Investment | B | Dividend | | | Sold | 11/28/16 | K | B | |
| 34. -SPDR S&P 500 ETF | A | Dividend | | | Sold | 05/16/16 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Templeton Global Bond Advisor CL | A | Dividend | | | Sold | 03/03/16 | K | A | |
| 36.   -T Rowe Price Real Estate | A | Dividend | | | Sold | 05/16/16 | L | E | |
| 37.   -Vanguard Intermediate Term | A | Dividend | M | T | Buy | 05/16/16 | M | | |
| 38.   -Vanguard Windsor II | A | Dividend | | | Sold | 05/16/16 | M | E | |
| 39.   -Wells Fargo Diversified Income Bldr | D | Dividend | | | Buy | 05/26/16 | L | | |
| 40.   -Wells Fargo Diversified Income Bldr | B | Dividend | | | Sold | 11/28/16 | J | A | |
| 41. | | | | | | | | | |
| 42.   WELLS FARGO 5002 (LAL) | | | | | | | | | |
| 43.   -Ambridge Boro PA MUN | A | Interest | J | T | Buy | 07/19/16 | J | | |
| 44.   -Antelope VLY CA UN HIGH SCH DIST | A | Interest | J | T | | | | | |
| 45.   -Bakersfield CA Wastewater REV SER | A | Interest | K | T | | | | | |
| 46.   -Banning CA UTIL AUTH WTR | A | Interest | K | T | | | | | |
| 47.   -Bellwood IL RFDG SER B | A | Interest | K | T | Buy | 08/17/16 | K | | |
| 48.   -Burbank CA REDEV AGY SUCCESSOR AGY TAX ALLOCA | A | Interest | J | T | | | | | |
| 49.   -California ST DEPT WTR RES PWR SUPPLY REV | A | Interest | | | Sold | 05/02/16 | J | A | |
| 50.   -Central CA UNI SCH DIST | B | Interest | | | Sold | 08/16/16 | K | B | |
| 51.   -Columbus OH G/O RFDG LTD | A | Interest | J | T | Buy | 10/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Eastern Mun Wtr Dis CA | A | Interest | J | T | | | | | |
| 53. -El Camino CA CMNTY College DIST REF | A | Interest | | | Sold | 02/16/16 | J | A | |
| 54. -Eugene OR Elec Util Rev | A | Interest | J | T | | | | | |
| 55. -Fort Bend TX MUN UTIL | A | Interest | J | T | Buy | 02/18/16 | J | | |
| 56. -Golden West SCHS Fing CA REF Beverly Hills UNI | A | Interest | K | T | | | | | |
| 57. -Hawthorne CA CTF PARTN | A | Interest | K | T | Buy | 05/05/16 | K | | |
| 58. -Henry & Whiteside CNTYS | A | Interest | K | T | | | | | |
| 59. -Highland CA REDEV AGY | A | Interest | K | T | | | | | |
| 60. -Los Angeles CA Dpt Arpts Sub LA Intl Arpt | A | Interest | K | T | | | | | |
| 61. -Montclair CA Pub FING Auth LSE | A | Interest | J | T | | | | | |
| 62. -New York State MTG AGY | A | Interest | J | T | Buy | 07/14/16 | J | | |
| 63. -Puerto Rico PUB FIN CORP COMWLTH | A | Interest | | | Sold | 06/29/16 | K | A | |
| 64. -Rialto CA REDEV Agy Successor AGY Tax | A | Interest | J | T | | | | | |
| 65. -San Francisco CA City & Cnty Arpts Commn Ntl | A | Interest | J | T | | | | | |
| 66. -University CA REVS LTD Proj | A | Interest | J | T | | | | | |
| 67. -Univerity Tex Unv RVS REF SYS | A | Interest | K | T | | | | | |
| 68. -Val Verde CA SCH DIST | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ventura CNTY CA Cmnty College | A | Interest | K | T | | | | | |
| 70. -Washington CA UNI SCH DIST | A | Interest | J | T | Buy | 10/28/16 | J | | |
| 71. -Watsonville CA REDEV AGY | A | Interest | J | T | Buy | 04/27/16 | J | | |
| 72. -West Sacramento CA Area Flood CTL AGY ASSMT | A | Interest | | | Sold | 04/25/16 | J | A | |
| 73. -Whittier CA REDEV SUCCESSOR AGY TAX ALLOC | A | Interest | K | T | | | | | |
| 74. -Yuba City CA REDEV AGY SUCCESSOR AGY | A | Interest | | | Sold | 10/11/16 | K | A | |
| 75. | | | | | | | | | |
| 76. WELLS FARGO 3545 (LAL) | | | | | | | | | |
| 77. -Abbott Laboratories ABT | A | Dividend | J | T | | | | | |
| 78. -Abbvie Inc | A | Dividend | J | T | | | | | |
| 79. -American International Group WTS | | | J | T | | | | | |
| 80. -Automatic Data Processing ADP | A | Dividend | J | T | | | | | |
| 81. -CDK Global Holdings LLC | A | Dividend | J | T | | | | | |
| 82. -Citigroup Funding Inc Medium Term Notes CPN | A | Interest | | | Sold | 05/02/16 | K | A | |
| 83. -Colgate Palmolive Co | A | Dividend | J | T | | | | | |
| 84. -Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 85. -General Electric Company | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Mills Inc | A | Dividend | J | T | | | | | |
| 87. -Intel Corp | A | Dividend | J | T | | | | | |
| 88. -Kohls Corp | A | Dividend | J | T | | | | | |
| 89. -McDonald's Corp | A | Dividend | J | T | | | | | |
| 90. -Medtronic PLC MDT | A | Dividend | J | T | | | | | |
| 91. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 92. -Pfizer Inc | A | Dividend | J | T | | | | | |
| 93. -Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 94. -Walgreens Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 95. -Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 96. -Wells Fargo & Co New WFC | A | Dividend | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. WELLS FARGO 3480 (LAL) | | | | | | | | | |
| 99. -General Elec Cap Corp Medium Term Notes CPN 5.400% | A | Interest | J | T | | | | | |
| 100. -Goldman Sachs Group Inc Notes CPN 5.950% | A | Interest | J | T | | | | | |
| 101. -Jackson National Life Ins - Perspective II Variable Annuity | | None | O | W | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LPL FINANCIAL 9907 (LAL) | | | | | | | | | |
| 104. American Funds -Capital Income Bulder CL F2 | A | Dividend | M | T | | | | | |
| 105. American Funds -New World CL F2 | A | Dividend | L | T | | | | | |
| 106. | | | | | | | | | |
| 107. LPL FINANCIAL 8747 (LAL) | | | | | | | | | |
| 108. -FS Investment Corp III | A | Dividend | L | T | | | | | |
| 109. | | | | | | | | | |
| 110. COMPUTERSHARE TRUST CO (LAL) (Transfer agent for Spar Group, Inc.) | | | | | | | | | |
| 111. -Spar Group Inc | | | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. WELLS FARGO 0204 (DK) | | | | | | | | | |
| 114. -Capital Income Bldr FD CL C CIBCX | A | Interest | J | T | | | | | |
| 115. -GE Capital Internotes Medium Term Notes | A | Interest | J | T | | | | | |
| 116. -Goldman Sachs Group Notes Medium Term Notes | A | Interest | K | T | | | | | |
| 117. -Pacific Life Ins Co Pacific Journey Select Var Annuity | A | None | M | T | | | | | |
| 118. | | | | | | | | | |
| 119. WELLS FARGO 2370 (DK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 121. -Abbvie Inc | B | Dividend | J | T | | | | | |
| 122. -Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 123. -American FDS Portfolio Global Growth Fund | A | Dividend | J | T | | | | | |
| 124. -Automatic Data Processing | A | Dividend | J | T | | | | | |
| 125. -Balanced Fund Inc Class F1 | A | Dividend | J | T | | | | | |
| 126. -Capital Income Bldr | A | Dividend | K | T | | | | | |
| 127. -CDK Global Holdings LLC | A | Dividend | J | T | | | | | |
| 128. -Cohen & Steers Real Estate SECS | A | Dividend | K | T | | | | | |
| 129. -Conoco Phillips COP | A | Dividend | J | T | | | | | |
| 130. -Costco Whsl Corp | A | Dividend | K | T | | | | | |
| 131. -GE Capital Internotes Medium Term Notes CPN 4.450% | A | Interest | J | T | | | | | |
| 132. -GE Capital Internotes Medium Term Notes CPN 5.200% | A | Interest | J | T | | | | | |
| 133. -GE Capital Internotes Medium Term Notes CPN 5.450% | A | Interest | J | T | | | | | |
| 134. -General Mills Inc | A | Dividend | J | T | | | | | |
| 135. -HCP Inc | A | Dividend | K | T | | | | | |
| 136. -HSBC Bank USA CD | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -John Hancock Life Ins Co Signature Notes | A | Int./Div. | J | T | | | | | |
| 138. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 139. -Kellogg Company | A | Dividend | J | T | | | | | |
| 140. -Los Angeles Cnty CA Redev Auth Tax Alloc | A | Interest | J | T | | | | | |
| 141. -Madera Cnty CA Brd ED 4% | A | Interest | K | T | | | | | |
| 142. -Paychex Inc | A | Dividend | J | T | | | | | |
| 143. -Phillips 66 | A | Dividend | J | T | | | | | |
| 144. -Proctor & Gamble Co PG | A | Dividend | J | T | | | | | |
| 145. -Quality Care Properties Inc | A | Interest | J | T | Buy | 11/01/16 | J | | |
| 146. -Solano CNTY CA CTFS Partn Rfdg Rev B/E | A | Interest | | | Sold | 11/01/16 | K | A | |
| 147. -Target Corp TGT | A | Dividend | K | T | | | | | |
| 148. -United Parcel Service-B UPS | A | Dividend | J | T | | | | | |
| 149. -Versum Materials Inc VSM | A | Dividend | J | T | | | | | |
| 150. -Wells Fargo & Co Note Linked to Currency CPN | A | Interest | | | Sold | 10/07/16 | J | A | |
| 151. -Wells Fargo & Co Multi Step Up CPN Medium Term Note CPN 3.250% | A | Interest | J | T | | | | | |
| 152. -Wells Fargo & Co Multi Step Up Cpn Bond 3.250% | A | Interest | J | T | | | | | |
| 153. -Wells Fargo Bank CD 7 YR MLCD 4.5% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Wells Fargo Bank NA CD Linked to S&P 500 7.5% | A | Interest | J | T | | | | | |
| 155. -Wisdom Tree Emerging ET | A | Dividend | J | T | | | | | |
| 156. -Wisdom Tree Intl MC | A | Dividend | J | T | | | | | |
| 157. -Wisdom Tree Intl S/C DVD | A | Dividend | J | T | | | | | |
| 158. -Wisdom Tree LC DVD FD | A | Dividend | J | T | | | | | |
| 159. -Wisdom Tree Midcap Div FD | A | Dividend | J | T | | | | | |
| 160. -Wisdom Tree TR ET Midcap Earnings FD | A | Dividend | J | T | | | | | |
| 161. -Wisdom Tree S/C DVD FD | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |
| 163. WELLS FARGO 9281 (DK) | | | | | | | | | |
| 164. -AT&T Inc | A | Dividend | J | T | | | | | |
| 165. -Eli Lilli & Co | A | Dividend | J | T | | | | | |
| 166. -Eversource Energy | A | Dividend | J | T | | | | | |
| 167. -Goldman Sachs Group Notes Medium Term Notes CPN 6.000% | A | Interest | J | T | | | | | |
| 168. -Scana Corp Com SCG | A | Dividend | J | T | | | | | |
| 169. -Sysco Corporation SYY | A | Dividend | J | T | | | | | |
| 170. -United Parcel Services-B UPS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Wells Fargo 6.5 Yr MLN | A | Interest | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. TIAA | | | | | | | | | |
| 174. -TIAA Annuity Contracts (TIAA Traditional) | A | Interest | K | T | | | | | |
| 175. (Blank line remaining to maintain pagination. To be removed.) | | | | | | | | | |
| 176. (Blank line remaining to maintain pagination. To be removed.) | | | | | | | | | |
| 177. -CREF Annuity Contracts (CREF Stock R3) | D | Interest | L | T | | | | | |
| 178. | | | | | | | | | |
| 179. TROWE PRICE | | | | | | | | | |
| 180. -TROWE PRICE IRA (Global Tech) | B | Dividend | K | T | | | | | |
| 181. -TROWE PRICE IRA (Spectrum Growth) | A | Dividend | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. CHARLES SCHWAB 9314 (DK) | | | | | | | | | |
| 184. -Buffalo Flexible Income Fund | A | Dividend | J | T | | | | | |
| 185. -Costco Wholesale Co | A | Dividend | J | T | | | | | |
| 186. -Parnassus Core Equity FD Inv | A | Dividend | J | T | | | | | |
| 187. -Schwab US Div Equity ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. CHARLES SCHWAB 0109 (LAL) | | | | | | | | | |
| 190. -Alphabet, Inc. (Google) | E | Dividend | K | T | | | | | |
| 191. -Costco Wholesale Co | D | Dividend | K | T | | | | | |
| 192. -Ford Motor Company | A | Dividend | J | T | | | | | |
| 193. -Qualcomm Inc | D | Dividend | J | T | | | | | |
| 194. -Salesforce Com | | None | J | T | Buy | 11/11/16 | J | | |
| 195. -Tesla Motors Inc | | None | J | T | | | | | |
| 196. -Matthews Pacific Tiger | C | Dividend | J | T | | | | | |
| 197. -Parnassus Core EQTY FD | D | Dividend | K | T | | | | | |
| 198. | | | | | | | | | |
| 199. Crown Life Whole Life Flexible Premium (DK) | | None | | | Expired | 08/22/16 | J | A | |
| 200. John Hancock Whole Life | C | Dividend | M | T | | | | | |
| 201. | | | | | | | | | |
| 202. Charles Schwab Bank Checking Account 4108 | A | Interest | M | T | | | | | |
| 203. Citibank Checking Account | A | Interest | J | T | | | | | |
| 204. City National Bank Chkg #1 (Trust 1990) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. City National Bank Chkg #2 (Trust 1997) | A | Interest | J | T | | | | | |
| 206. City National Bank Chkg #3 (Trust) | A | Interest | J | T | | | | | |
| 207. Crown Classic Chkg Acct (DK) | A | Interest | J | T | | | | | |
| 208. Crown Classic Chkg Acct #2 (Joint) | A | Interest | J | T | | | | | |
| 209. Union Bank Checking (1/3 Interest) | A | Interest | | | Closed | 12/31/16 | J | A | |
| 210. USAA (Savings Acct) | A | Interest | J | T | | | | | |
| 211. | | | | | | | | | |
| 212. Hilton Worldwide Holdings | A | Dividend | | | Sold | 08/19/15 | J | | |
| 213. Host Hotels & Resort | A | Dividend | | | Sold | 06/18/15 | J | | |
| 214. Host Hotels & Resort | A | Dividend | | | Sold | 06/19/15 | J | | |
| 215. Hudson Pacific PPTYS Inc | A | Dividend | | | Sold | 08/19/15 | J | | |
| 216. Liberty Property Trust REIT | | | | | | | | | |
| 217. Paramount GRP Inc | A | Dividend | | | Sold | 07/08/15 | J | | |
| 218. Paramount GRP Inc | A | Dividend | | | Sold | 07/09/15 | J | | |
| 219. Paramount GRP Inc | A | Dividend | | | Sold | 07/10/15 | J | | |
| 220. Paramount GRP Inc | A | Dividend | | | Sold | 07/13/15 | J | | |
| 221. Paramount GRP Inc | A | Dividend | | | Sold | 07/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Washington Prime Group | | | | | | | | | |
| 223. Money Fund GVI n/k/a US GVT MM Fund | | | | | | | | | |
| 224. Money Fund GVI n/k/a JPM US Gt Money Market D/Fund | | | | | | | | | |
| 225. TIAA-CREF Asset Allocation Fund | | | | | | | | | |
| 226. Home Depot Inc | | None | | | Donated | 10/30/14 | | | |
| 227. Sacramento CA Mun Util | A | Interest | | | Sold | 03/03/15 | K | A | |
| 228. Northwestern Mutual Life Ins Policy (Whole life) | C | Dividend | M | T | | | | | |
| 229. Rental Property #1 Pebble Beach, Monterey CA 1/3 Interest | | None | | | Sold | 02/19/16 | N | A | Andrew and Carol Miller |
| 230. Federal Home Loan Bank | | | | | | | | | |
| 231. LA California Cmnty Facs | | | | | | | | | |
| 232. Royal Bank of Canada | | | | | | | | | |
| 233. New Jersey Res Corp | | | | | | | | | |
| 234. CitiGroup - Bond | | | | | | | | | |
| 235. FHLB - Bond | | | | | | | | | |
| 236. Northeast Utilities | | | | | | | | | |
| 237. Merill Lynch 7% PFD Cap | | | | | | | | | |
| 238. Citigroup Inc SR | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Alameda County CA Redev Agy Tax Alloc Eden Area Proj Ser A Rev B/E | | | | | | | | | |
| 240. Los Angeles Calif Comm Facs Dist Spl Tax Escrow 4-Playa Vista-PH | | | | | | | | | |
| 241. Cheseapeake Energy Corp | | | | | | | | | |
| 242. Eastgroup Pprtys Inc REIT | A | Dividend | | | Sold | 08/11/15 | J | A | |
| 243. Empire State Realty Trust Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 244. Kilroy Rlty Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 245. Piedmont Office Rlty TR Inc Com Class A | A | Dividend | | | Sold | 08/13/15 | J | A | |
| 246. Prologis Inc | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 247. Public Storage Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 248. Realty Income Corp REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 249. RLJ Lodging Trust | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 250. Retail Opportunities Investments Corp | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 251. Taubman Centers Inc REIT | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 14 (Franklin Emerging Market Debt)  Purchase inadvertently not reported in 2015.

Line 44 (Antelope VLY CA UN HIGH SCH DIST) Re: Line 142 on 2015 FDR; inadvertently reported as sold - Only partially sold.

Inadvertently not reported in 2015, bought in 2015:
Line 46 (Banning CA UTIL AUTH WTR)
Line 48 (Burbank CA REDEV AGY SUCCESSOR AGY TAX ALLOCA)
Line 58 (Henry & Whiteside CNTYS)
Line 59 (Highland CA REDEV AGY)
Line 68 (Val Verde CA SCH DIST)
Line 73 (Whittier CA REDEV SUCCESSOR AGY TAX ALLOC)
Line 72 (West Sacramento CA Area Flood CTL AGY ASSMT)
Line 74 (Yuba City CA REDEV AGY Successor AGY)
Line 90 (Medtronic PLC MDT)
Line 120 (American FDS Portfolio Global Growth Fund)

Same stock in two different accounts, not reported separately in 2015:
Line 77 (Abbott Laboratories ABT)  (See Line 102 on 2015 FDR.)
Line 78 (Abbvie Inc)  (See Line 103 on 2015 FDR.)
Line 80 (Automatic Data Processing ADP)  (See Line 105 on 2015 FDR.)
Line 81 (CDK Global Holdings LLC)  (See Line 106 on 2015 FDR.)
Line 86 (General Mills Inc)  (See Line 110 on 2015 FDR.)
Line 133 (HSBC Bank USA CD)  (See Line 216 on 2015 FDR.)
Line 145 (United Parcel Service-B UPS)  (See Line 173 on 2015 FDR.)

Line 96 (Wells Fargo & Co New WFC) Inadvertently not reported in 2015, purchased in 1997, 98, 99.

Line 125 (Balanced Fund Inc Class F1) Inadvertently not reported in 2015, purchased in 2005.

Line 126 (Capital Income Bldr) Inadvertently not reported in 2015, purchased in 2014.

Line 128 (Cohen & Steers Real Estate SECS) Inadvertently not reported in 2015, purchased in 2011.

Inadvertently not reported in 2015, purchased in 2012:
Line 129 (Conoco Phillips COP)
Line 144 (Proctor & Gamble Co PG)
Line 147 (Target Corp TGT)
Line 149 (Versum Materials Inc VSM)

---

Re: Committee Letter of September 27, 2017:

Part III A: Amended

Part VII, lines 111, 123, 177, 194, and 202:
    111 (Spar Group, Inc.) Newly discovered holding in 2016.  Originally part of investment by a limited partnership acquired while employed from 1992-96 at a law firm.  Investment carried in one partner's name, then transferred to individual investors at some undetermined later date.  Computershare records show "prior agent transfer 9/30/99."  No dividend.  Not actively traded.
    123 (American FDS Portfolio Global Growth Fund)  Inadvertently not reported on 2015 FDR, purchased 1/20/2015.
    177 (TIAA CREF Stock R3)  Reported on line 101 in 2015 FDR.
    194 (Salesforce Com) Entry amended.
    202 (Charles Schwab Checking Account 4108)  Inadvertently not reported in 2015.

Part VII, lines 104 and 105: Entries amended.

///

///

///

///

///

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 10/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 101 and 117:

101 (Jackson National Life Ins. - Perspective II Variable Annuity)  Specific investments are provided below to maintain pagination of the original report:

| | Value Method as of 12/30/2016 |
|---|---|
| JNL/Mellon Capital S&P500 Index | M |
| JNL/Mellon Capital S&P400 MidCap Index | L |
| JNL/Mellon Capital International Index | M |
| JNL/Mellon Capital Emerging Markets Index | L |
| JNL/Mellon Capital Small Cap Index | L |

117 (Pacific Life Ins Co Pacific Journey Select Var Annuity)  Specific investment is provided below to maintain pagination of the report:

| | Value Method as of 12/31/2016 |
|---|---|
| American Funds AFIS Assets Allocation | M |

Part VII, lines 199 and 200: Entries amended.

Part VII in 2015 FDR, lines 25-27, 30, 34, 44, 87, 99, 101, 124, 147, 149, 161-163, 171, 175, 176, 188, 193, 202, 211, 212, 224, 227, 228, 232, 234-9, and 242: Inadvertently not reported in 2015 and entered on lines 212 through 251 herein, respectively.

101 in 2015 FDR (TIAA-CREF Asset Allocation Fund)  Reported on lines 174 and 177 of 2016 FDR. (Although indicated on line 225 herein to maintain continuity in response to this inquiry.)

111 in 2015 FDR (Home Depot)  Donated to charities in 2014: Amended information on line 226 herein.

The following remaining entries from the 2015 FDR could not be identified.  It is possible that the holdings were incorrectly listed in 2015:

Listed in 2015 as: Lines 30, 44, 87, 99, 161, 162, 163, 171, 175, 176, 188, 193, 202, 211, 212, 224.

Listed herein as: Lines 216, 222, 223, 224, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, respectively.

---

Additional Amendments Re: 2016 FDR:

Line 189 (CHARLES SCHWAB 0109 (LAL))  Inadvertently omitted in 2016 FDR is cash in the amount of Value Method K.

Line 183 (CHARLES SCHWAB 9314 (DK))  Inadvertently omitted in 2016 FDR is cash in the amount of Value Method J.

Additional Amendments re: 2015 FDR:

Line 182 (Citibank Corp Chkg (Louise A. LaMothe APC))  Due to the closing of this account, funds were transferred to Wells Fargo Corp Chkg (Louise A. LaMothe APC) beginning in October, 2015, which was inadvertently not reported in 2015.

Line 183 (Citibank Corp Savings (Louise A. LaMothe APC))  Due to the closing of this account, funds were transferred to Wells Fargo Corp Savings (Louise A. LaMothe APC) beginning in October, 2015, which was inadvertently not reported in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544